**E-FILED on** __10/1/2012__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY MERRITT WILSON,<br><br>    Appellant,<br><br>    v.<br><br>DEVIN DERHAM-BURK, Trustee in Bankruptcy,<br><br>    Appellee. | No. C-11-04301 RMW<br><br>ORDER TO SHOW CAUSE |

    Jeffrey M. Wilson commenced the above appeal by filing a notice of appeal on August 30, 2011. The record on appeal has not been transmitted by the Bankruptcy Court to the District Court. Mr. Wilson has also failed to file an opening brief. Mr. Wilson is therefore ordered to file a brief by October 19, 2012 informing the court of the status of preparing the record, and explaining why the case should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

DATED:      October 1, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE —No. C-11-04301 RMW
LJP