**E-FILED on** 11/2/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY MERRITT WILSON,<br><br>        Appellant,<br><br>   v.<br><br>DEVIN DERHAM-BURK, Trustee in Bankruptcy,<br><br>        Appellee. | No. C-11-04301 RMW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On October 1, 2011, this court ordered appellant Jeffrey M. Wilson to file a brief by October 19, 2012 to show cause why this case should not be dismissed for lack of prosecution. Appellant has not filed a brief or otherwise responded to the court's order. Accordingly, the court dismisses this action for failure to prosecute. The clerk shall close the file.

DATED:    November 2, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE —No. C-11-04301 RMW
LJP