**E-FILED on**   11/2/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY MERRITT WILSON, | No. C-11-04301 RMW |
| Appellant, | |
| v. | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| DEVIN DERHAM-BURK, Trustee in Bankruptcy, | |
| Appellee. | |

On October 1, 2011, this court ordered appellant Jeffrey M. Wilson to file a brief by October 19, 2012 to show cause why this case should not be dismissed for lack of prosecution. Appellant has not filed a brief or otherwise responded to the court's order. Accordingly, the court dismisses this action for failure to prosecute. The clerk shall close the file.

DATED:   November 2, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE —No. C-11-04301 RMW
LJP